No. 111. CHOCTAW NATION v. UNITED STATES. Court of Claims. Certiorari denied. *Wesley E. Disney* and *W. F. Semple* for petitioner. *Simon E. Sobeloff,* then

826

Solicitor General, *Assistant Attorney General Morton, Roger P. Marquis* and *Harold S. Harrison* for the United States. ▮